**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Saydon Kurtis BURNEY, Defendant–Appellant.**

No. 10–6709.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 28, 2011.

Decided: March 7, 2011.

Saydon Kurtis Burney, Appellant Pro Se. Norval George Metcalf, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before TRAXLER, Chief Judge, and KING and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Saydon Kurtis Burney appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Burney,* No. 3:05–cr–00402–REP–1 (E.D.Va. Apr. 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before the court and argument would not aid the decisional process.

*AFFIRMED.*